# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| G.R., by and through her next friends, FABIAN RAMIREZ and YURY RAMIREZ, § § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 4:25-cv-630 |
| § HOUSTON INDEPENDENT SCHOOL DISTRICT, § § § § | |
| Defendant. § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff G.R., by and through her next friends, Fabian Ramirez and Yury Ramirez, hereby gives notice of voluntary dismissal of the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: April 30, 2025

Respectfully submitted,

s/ Mark Whitburn
Mark Whitburn
Texas Bar No. 24042144
Sean Pevsner
Texas Bar No. 24079130
Whitburn & Pevsner, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006
Tel: (817) 653-4547
Fax: (817) 653-4477
mwhitburn@whitburnpevsner.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via electronic filing service on April 30, 2025, to the following attorneys for Defendant:

Amy Tucker
Jonathan G. Brush
Kyle Stone
Rogers, Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas 77057

                                                    s/ Mark Whitburn_____
                                                    Mark Whitburn